AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kyle Zeno Winternheimer | ) | Case No. 16-6512MJ |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __09/29/16 to 11/03/16__ in the county of __Maricopa__ in the
_____ District of __Arizona__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2421 | Transportation for Prostitution |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA Amy E. Brown

_Complainant's signature_
FBI SA Blake Childress
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/04/2016__

_Judge's signature_

City and state: __Phoenix, Arizona__    U.S. Magistrate Judge David K. Duncan
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Blake H. Childress, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. Your affiant is employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Phoenix Division. Your affiant has been employed since November 2009 and has been assigned to the Human Trafficking Squad since July 2015. While employed by the FBI, your affiant has been tasked with investigating violations, including but not limited to, domestic sex trafficking, juvenile sex trafficking, and international sex trafficking.

2. Your affiant is authorized to investigate violations of laws of the United States, and is a law enforcement officer with authority to swear complaints and execute arrest warrants under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

4. A Task Force Officer, identified as UCE-7070-SAC, is assigned to the FBI Phoenix Field Office from the Chandler Police Department. UCE-7070-SAC conducts and assists in an undercover capacity with investigations in violation of Title 18 U.S.C. § 2421. UCE-7070-SAC created and maintains an undercover Facebook profile used to identify and target known and suspected pimps.

1

5.      On September 29, 2016, FBI Phoenix Field Office received a CyberTip from the National Center for Missing and Exploited Children (NCMEC) which stated that an anonymous individual submitted information to NCMEC alleging that a Facebook user identified as "Humboldt Kai" was involved in sex trafficking.

6.      On September 29, 2016, UCE-7070-SAC acted in an online undercover capacity from an Internet connected electronic device and sent a friend request to user Humboldt Kai, later identified as KYLE ZENO WINTERNHEIMER. On September 29, 2016, WINTERNHEIMER accepted the friend request.

7.      On September 29, 2016, UCE-7070-SAC sent a message to WINTERNHEIMER using the messenger program within Facebook. During a discussion through the Facebook messenger program, WINTERNHEIMER stated he was shopping and UCE-7070-SAC replied that she could be shopping as well. WINTERNHEIMER stated "U could be just gotta get u winning and not broke." WINTERNHEIMER also asked for her number, which was then provided by UCE-7070-SAC.

8.      On September 29, 2016, UCE-7070-SAC received a text message from telephone number 707-601-5275 which stated "My name is kai. I live in Phoenix from Cali travel every where. Just left sanding now I'm up in the bay." UCE-7070-SAC replied, "Why u in Cali. Dam sound fun." WINTERNHEIMER replied "Bkuz I'm trapping and mobn." Based on my training and experience, "mobn" stands from M.O.B. which means Money Over Bitches. M.O.B. describes a common business philosophy of pimps, who refer to their prostitutes as bitches. WINTERNHEIMER later stated "Tell me bout ya self and situation." UCE-7070-SAC explained that she was living day to day and that she had a dad that left her when she was young and a mom that is addicted to drugs. WINTERNHEIMER asked "Do

2

you have any kids how old are you do you have your own house or a car what are you doing for money now?" UCE-7070-SAC stated that she is 21 and does not have any kids. UCE-7070-SAC also stated she does not have a job and that her car was impounded. WINTERNHEIMER stated "I can fix all that instantly." UCE-7070-SAC then asked "Would I b safe?" WINTERNHEIMER replied "Very safe u can talk to some the other girls." WINTERNHEIMER later stated "I was just gonna have u go look at my page so u can see I ain't here to sell u a dream." UCE-7070-SAC stated "I looked at ur FB u hustle rt like escortN." WINTERNHEIMER replied "I dunno what's on my f.b. I'm doing a few things that should explain then self. Phones scare me boo." WINTERNHEIMER later stated "My bottom bitch will be back there tomorrow I'm going to have her pick you up if everything's smooth I know it sounds unbelievable trust me we come from the same life for all people do is bullshit and sell us a dream that's why I said I can tell you better than I show you but trust me you choosing me was the best decision of your life everything's about to change for you for the better."

9. Between September 30, 2016 and October 4, 2016, WINTERNHEIMER and UCE-7070-SAC communicated using text messages. WINTERNHEIMER utilized telephone number 707-601-5275 to send and receive text messages. During the conversations, WINTERNHEIMER asked for additional pictures. WINTERNHEIMER described the pictures he wanted as "Full nude full body and kitty." WINTERNHEIMER said it was a trust thing and that UCE-7070-SAC needed to send the pictures he asked for or he would not meet up with her until she followed his steps.

10. On October 1, 2016, a Task Force Officer, identified as UCE-6984-SAC, assigned to the FBI Phoenix Division from the Phoenix Police Department, placed a recorded

telephone call to WINTERNHEIMER at telephone number 707-601-5275. A male voice answered the telephone and UCE-6984-SAC asked if it was Kai. The individual asked "Who is this?" After being told who was calling, WINTERNHEIMER stated "Oh, what's happening?" WINTERNHEIMER stated his trust levels were at zero and that she should have sent him her telephone information and he could have added minutes to her phone. WINTERNHEIMER also stated that Aries was back in town and that whenever she was ready, he could have Aries come and pick her up. WINTERNHEIMER said he would not be picking her up and that he would show up in a couple of days. He stated that he needed her to meet Aries so Aries could check her out and do some things and make sure it was safe for him to come. WINTERNHEIMER told UCE-6984-SAC that he was in the Bay Area in California and that he had been there for three days and made $20,000.

11. During the conversation, WINTERNHEIMER told UCE-6984-SAC that he had another girl there with him and he handed the telephone to her. A female voice spoke on the telephone and identified herself as "Angie." Angie said she has travelled from San Diego and from Arizona. She stated Kai is out of everyone's league and they can get her out of any sticky situation in the blink of an eye. WINTERNHEIMER then began talking to UCE-6984-SAC. He told her "If you always do what you've always done, you're going to always get the same shit you've always gotten. No risk, no reward. With loyalty comes royalty. Teamwork makes the dream work." WINTERNHEIMER also said "It ain't like the movies. You ain't going to be out walking on the street. There gonna be nobody beating your ass, none of that shit." WINTERNHEIMER said that she could possibly get arrested, but it is a book and release and only a misdemeanor. WINTERNHEIMER stated "It isn't for everybody, but the bottom line is, I mean, I read from you you're a super cool chick, but

4

you definitely ain't no fucking rookie. You ain't no virgin. You been fucking for free. You know what I'm saying? So you're not going to do nothing you haven't been doing for free already. This time you're not doing it because you think the guy is cute or you think the guy has a nice car or he told you a funny joke. You're doing this because you want to get your fucking life together, you wanna get your dough."

12. On October 2, 2016, UCE-7070-SAC and WINTERNHEIMER continued text message communications. WINTERNHEIMER utilized telephone number 707-601-5275. During the conversation, WINTERNHEIMER again asked for pictures. UCE-7070-SAC replied when he was going to be back in Phoenix. WINTERNHEIMER stated "It won't matter if I'm back or not I won't meet up with you until you follow the steps on telling you to follow their for my safety I need you to take the pictures I'm asking you for and I need you to meet up with the girl."

13. On October 4, 2016 UCE-7070-SAC and WINTERNHEIMER continued text message communications. WINTERNHEIMER utilized telephone number 707-601-5275. During the conversation, WINTERNHEIMER stated "If you're to shy or scary to send nudes y'all never work at this job And I'll never meet you if you can't earn my trust and take the steps I instruct you to take." UCE-7070-SAC replied "Cya." There was no additional communication between UCE-7070-SAC and WINTERNHEIMER until October 27, 2016.

14. On October 27, 2016, WINTERNHEIMER sent a Facebook message to UCE-7070-SAC using the messenger program within Facebook. WINTERNHEIMER stated "How u been." On October 30, 2016, UCE-7070-SAC replied "What's good." During the conversation, UCE-7070-SAC told WINTERNHEIMER that she was staying with her

5

auntie in Las Cruces, New Mexico. WINTERNHEIMER stated he was in Arizona and asked if she wanted to meet up and talk. WINTERNHEIMER also stated "...And if u don't wanna meet up and talk about this upgrade it's kool I'm treing help u out." Based on my training and experience, "upgrade" is a term commonly used by pimps to describe a situation in which a prostitute chooses a new pimp in an effort to better her situation.

15. On October 31, 2016, UCE-7070-SAC sent a Facebook message to WINTERNHEIMER using the messenger program within Facebook. UCE-7070-SAC stated "Sorry Kai idk this was u did u change ur FB profile ?? U still got same ## I can text back if u wanna chat baby." WINTERNHEIMER replied "Yeah it's me I ain't got a phone number lost it last night I'll have a new one in am."

16. On November 1, 2016, UCE-7070-SAC sent a text message to WINTERNHEIMER at telephone number 707-601-5275 which stated "Kai." On November 2, 2016 WINTERNHEIMER replied and asked who it was. UCE-7070-SAC provided the name of the Facebook profile. WINTERNHEIMER replied "Oh hey u." During the conversation, WINTERNHEIMER asked where she was staying and UCE-7070-SAC again told him she was in Las Cruces, New Mexico with her auntie. WINTERNHEIMER inquired if he could come get her and then he asked for pictures and her location and he would come get her. UCE-7070-SAC stated there was a bus station in Las Cruces. UCE-7070-SAC then asked if that would be easier than driving 10 hours. WINTERNHEIMER stated "Yeah catch a bus to me." UCE-7070-SAC then stated "Ya it's far do u think u could spring for like a ticket for me baby if I come up thurs?? It's like maybe 30$ ThR greyhound." WINTERNHEIMER replied "Of course." WINTERNHEIMER later asked for a link for the bus trip and then stated "Ok send me your name and the city you're

trying to leave from I'll have it all lined up for u." WINTERNHEIMER sent an image of a booking confirmation which contained confirmation number 15252899 and a password "kotten". The confirmation was for a trip scheduled on November 3, 2016, departing Las Cruces, New Mexico at 7:25 a.m. and arriving in Phoenix, Arizona at 2.45 p.m.

17. On November 2, 2016, your affiant was provided records from Greyhound regarding confirmation number 15252899. Your affiant reviewed the ticketing records and confirmed that it matched the information provided by WINTERNHEIMER.

18. On November 3, 2016, UCE-7070-SAC and WINTERNHEIMER continued text message communications. WINTERNHEIMER utilized telephone number 707-601-5275. During the conversation, UCE-7070-SAC and WINTERNHEIMER discussed, among other things, her travelling on the bus. WINTERNHEIMER asked where he needed to go to pick her up. UCE-7070-SAC told him "2115 e buckeye rd phx." This address is known by your affiant to be the physical address of the Greyhound bus station in Phoenix. WINTERNHEIMER later stated that he would be in a silver Mercedes on black rims. At approximately 2:43 p.m., UCE-7070-SAC sent a text message stating "We pulln n baby." WINTERNHEIMER replied at approximately the same time and stated "Me to."

19. On November 3, 2016, at approximately 2:43 p.m. Phoenix FBI Special Agents (SAs) and Task Force Officers (TFOs) observed Mercedes, silver in color, with black wheels arrive at the Greyhound bus station located at 2115 E. Buckeye Road, Phoenix, Arizona. Agents and TFOs contacted the driver and identified him as WINTERNHEIMER. Your affiant and FBI SA Fryberger attempted to interview WINTERNHEIMER. Your affiant read WINTERNHEIMER his *Miranda* Rights. WINTERNHEIMER stated, among other things, he had met a girl through social media and that he was there to "Get some

pussy." WINTERNHEIMER then requested that he first speak with an attorney before answering any additional questions.

## CONCLUSION

20. Based on the foregoing, I believe that probable cause exists and request that a Criminal Complaint be issued charging KYLE ZENO WINTERNHEIMER with a violation of Title 18 U.S.C. § 2421.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Special Agent Blake H. Childress
Federal Bureau of Investigation

Sworn before me this ___ day of November, 2016.

HONORABLE DAVID K. DUNCAN
United States Magistrate Judge